UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC | § § | |
| vs. | § § | NO:  WA:20-CV-00456-ADA |
| MICROSOFT CORPORATION | § | |

### ORDER RESETTING TELEPHONIC SCHEDULING CONFERENCE

The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear by phone for a telephone conference on September 18, 2020  at  **03:00 PM** .  Please call (866) 434-5269 with access code 9678090 to be included in the hearing.

**SIGNED** on **17th day of September, 2020**.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE