# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC | § | |
| | § | CIVIL NO: |
| vs. | § | WA:20-CV-00456-ADA |
| | § | |
| MICROSOFT CORPORATION | § | |

## ORDER CANCELLING TELEPHONIC SCHEDULING CONFERENCE

  IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **TELEPHONIC SCHEDULING CONFERENCE** on **Friday, September 18, 2020 at 03:00 PM is hereby CANCELLED until further order of the court**.

  IT IS SO ORDERED this 17th day of September, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE