Case 6:20-cv-00456-ADA   Document 34   Filed 11/09/20   Page 1 of 1

FILED
November 09, 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____JK_____
DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

## STANDING ORDER REGARDING
## UPDATED ORDER GOVERNING PROCEEDINGS – PATENT CASES

On November 5, 2020, the Court published its latest Order Governing Proceedings for Patent Cases (OGP version 3.2).[1] To improve judicial efficiency, the Court **ORDERS** that OGP version 3.2 shall apply retroactively to the Markman briefing in patent cases that are at least one week before the filing of the opening Markman brief.[2] The parties are directed to file an amended proposed scheduling order based on OGP version 3.2.

**SIGNED** this 9th day of November, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

---

[1] *Available at* https://www.txwd.uscourts.gov/wp-content/uploads/Standing%20Orders/Waco/Albright/Sample%20Order%20Governing%20Proceedings%20-%20Patent%20Cases110520.pdf

[2] In other words, if the deadline for the parties' opening Markman briefs is more than a week after the date of this standing order, the Markman briefing shall be governed by OGP version 3.2.