# Exhibit 3

Application/Control Number: 11/398,111 Page 2
Art Unit: 2457

**DETAILED ACTION**

> **Comment [R1]:** 1. Reasons for allowance is not consistent with the examiners amendment.
> 2. are you sure there are no other relevant arts besides Morris.

**EXAMINER'S AMENDMENT**

1. An examiner's amendment to the record appears below. Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312. To ensure consideration of such an amendment, it MUST be submitted no later than the payment of the issue fee.

Authorization for this examiner's amendment was given in a telephone interview with Holly L. Rudnick on 16 October 2009.

1. (Currently Amended) A multiple access presence agent for use in a presence server, said multiple access presence agent for collecting and storing presence information on a presentity from presence contributors, said multiple access presence agent further comprising:

   means for defining access rules for each of said presence contributors, said access rules associated with each of said presence contributors defining respective rights and privileges of said presence contributors to access said presence information of said presentity after said presence contributors have provided said presence information to said presence server;

   means for authenticating one of said presence contributors to determine said access rules associated with said one of said presence contributors; and

   means for enabling access to said presence information of said presentity by said one of said presence contributors based on said access rules associated with said one of said presence contributors[.]: and

<u>means for enabling access further includes means for filtering said presence information of said presentity based on said access rules of said one of said presence contributors to produce filtered presence information and means for providing said filtered presence information to said one of said presence contributors; and</u>

<u>means for enabling access further includes means for enabling said one of said presence contributors to update said presence information of said presentity based on said access rules of said one of said presence contributors; and</u>

<u>means for enabling access further includes means for enabling said one of said presence contributors to define preference information associated with said presence information of said presentity based on said access rules of said one of said presence contributors.</u>

4.   (Cancelled).

5.   (Cancelled).

6.   (Cancelled).


11. (Currently Amended) A presence system for providing multiple access rights, comprising:

a presence server for collecting and storing presence information on a plurality of presentities from presence contributors; and

a multiple access presence agent for managing said presence information for one of said presentities, said multiple access presence agent operable to establish access rules defining respective rights and privileges for each of said presence contributors to access said presence

Application/Control Number: 11/398,111  Page 4
Art Unit: 2457

information of said one of said presentities after said presence contributors have provided said presence information to said presence server;

 wherein said multiple access presence agent is further operable to authenticate one of said presence contributors to determine said access rules associated with said one of said presence contributors; and

 wherein said multiple access presence agent is further operable to enable access to said presence information of said one of said presentities by said one of said presence contributors based on said access rules associated with said one of said presence contributors[.]; and

 wherein said multiple access presence agent is further operable to filter said presence information of said one of said presentities based on said access rules of said one of said presence contributors to produce filtered presence information and to provide said filtered presence information to said presence user client; and

 wherein said graphical user interface is further operably coupled to said presence user client to enable said one of said presence contributors to update said presence information of said one of said presentities based on said access rules of said one of said presence contributors.

14. (Cancelled).

15. (Cancelled).

16. (Currently Amended) A method for providing a multiple access presence agent within a presence server for collecting and storing presence information on a presentity from presence contributors, comprising the steps of:

WSOU_456_7676550-0000011

Application/Control Number: 11/398,111                                                                 Page 5
Art Unit: 2457

    defining access rules for each of said presence contributors, said access rules associated with each of said presence contributors defining respective rights and privileges of said presence contributors to access said presence information of said presentity after said presence contributors have provided said presence information to said presence server;

    authenticating one of said presence contributors to determine said access rules associated with said one of said presence contributors; and

    enabling access to said presence information of said presentity by said one of said presence contributors based on said access rules associated with said one of said presence contributors[.]; and

    <u>filtering said presence information of said presentity based on said access rules of said one of said presence contributors to produce filtered presence information; and providing said filtered presence information to said one of said presence contributors; and</u>

    <u>enabling said one of said presence contributors to update said presence information of said presentity based on said access rules of said one of said presence contributors; and</u>

    <u>further enabling said one of said presence contributors to define preference information associated with said presence information of said presentity based on said access rules of said one of said presence contributors.</u>

17.    (Cancelled).

18.    (Cancelled).

19.    (Cancelled).

Application/Control Number: 11/398,111 Page 6
Art Unit: 2457

## *Reasons for Allowance*

2.  The following is an examiner's statement of reasons for allowance: of claims 1-3, 7-13, 16 and 20-22.

Claims 1-3, 7-13, 16 and 20-22 are allowed because the prior art did not teach or reasonably suggest defining access rules that define rights and privileges of the presence contributor to access the presence information after said presence contributors have provided said presence information to said presence server. Then, further enabling said presence contributors to define preference information associated with the presence information of the presentity based on the defined access rules for the presence contributors. Also, filtering the presence information of the presentity based on the defined access rules for the presence contributors and enabling the presence contributors to update the presence information of the presentity based on the access rules for the presence contributors.

### *Conclusion*

Any inquiry concerning this communication or earlier communications from the examiner should be directed to MARSHALL MCLEOD whose telephone number is (571)270-3808. The examiner can normally be reached on Monday - Thursday 6:30 a.m-4:00 p.m..

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Ario Etienne can be reached on (571) 272-4001. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Application/Control Number: 11/398,111 Page 7
Art Unit: 2457

      Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/Ramy M Osman/
Primary Examiner, Art Unit 2457

/Marshall McLeod/
Examiner, Art Unit 2457
10/19/2009