# Exhibit 4

Serial No.: 10/321,230
Examiner: Prenell P. Jones

## REMARKS

Claims 1-18 remain in this application. Claim 19 and 20 have been canceled. Claims 9, 12, and 13 have been amended to overcome antecedent basis issues. Claim 18 has been amended by including the elements of claims 19 and 20 which were allowable. Claim 1 has been amended to include similar elements of claims 19 and 20.

Currently amended claim 1 discloses: an emergency call router at least coupled to the access gateway, said emergency call router selectably operable responsive to failure of the normal-operation communication link for routing the call of the first selected call-type, thereby to facilitate call completion of the first selected call-type originated by the origination station; and a target gateway coupled to the emergency call router; said emergency call router determines whether the call request is for a call of the first selected call-type prior to said operation of routing the call of the first selected call-type.

These elements were originally presented in claims 19 and 20 which were allowable. As such, Applicant believes currently amended claim 1, as well as the claims that depend from it, are in condition for allowance and respectfully requests that they be passed to allowance.

Currently amended claim 18 includes the elements originally presented in claims 19 and 20 which were allowable. As such, Applicant believes currently amended claim 18 is in condition for allowance and respectfully requests that it be passed to allowance.

## CONCLUSION

For the above reasons, the foregoing amendment places the Application in condition for allowance. Therefore, it is respectfully requested that the rejection of the claims be withdrawn and full allowance granted. Should the Examiner have any further comments or suggestions, please contact Raffi Gostanian at (972) 849-1310.

Respectfully submitted,

RG & Associates

Dated: 11/2/, 2007

Raffi Gostanian
Reg. No. 42,595

135974 - Page 7