# Exhibit 5

DOCKET NO. ALCA01-35974                                                                 PATENT

1   18.   In a method of communicating in a communication system having a
2   communication network, the communication system controlled by a communication system
3   controller also connected to the communication network, and to an originating station operable to
4   originate a call of at least a first selected call-type therefrom, the call routable by way of a
5   normal-operation communication link, an improvement of a method for facilitating call
6   completion of the call when the call is of the at least the first selected call-type and subsequent to
7   failure of the normal-operation communication link, said method comprising:
8       detecting failure of the normal-operation communication link;
9       selectably routing a call request of the selected call-type by way of an emergency
10  call router, thereby to facilitate call-completion of the selected call-type between the origination
11  station and the terminating station.

1   19.   The method of claim 18 wherein the communication system further comprises at
2   least a first access gateway and a target gateway and wherein said method further comprises the
3   preliminary operation of connecting the emergency call router between the access gateway and
4   the target gateway.

1   20.   The method of claim 19 further comprising the operation, prior to said operation
2   of selectably routing, of determining whether the call request is for a call of the selected call-
3   type.