AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:20-CV-456-ADA |
| MICROSOFT CORPORATION | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MICROSOFT CORPORATION.

Date: 03/19/2021

/s/ Callie C. Butcher
*Attorney's signature*

Callie C. Butcher, TX 24092203
*Printed name and bar number*

Sidley Austin LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201

*Address*

cbutcher@sidley.com
*E-mail address*

(214) 981-3442
*Telephone number*

(214) 981-3400
*FAX number*

**CERTIFICATE OF SERVICE**

I certify that on March 19, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Callie C. Butcher*
Callie C. Butcher