# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC | § | |
| | § | CIVIL NO: |
| vs. | § | WA:20-CV-00456-ADA |
| | § | |
| MICROSOFT CORPORATION | § | |

## ORDER RESETTING MARKMAN HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **MARKMAN HEARING** by zoom on **Tuesday, March 23, 2021 at 09:00 AM**.

IT IS SO ORDERED this 23rd day of March, 2021.

_____

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE