# EXHIBIT 3

| Attorney or Party without Attorney:<br>Irene Yang, Esq.<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>　Telephone No: (415) 772-1200<br>　Attorney For: Defendant | Ref. No. or File No.: | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>USDC-Western District of Texas | | |
| Plaintiff:　WSOU Investments, LLC<br>Defendant:　Microsoft Corporation | | |

| PROOF OF SERVICE | Hearing Date:<br>4/30/21 | Time:<br>5:00pm | Dept/Div: | Case Number:<br>6:20-cv-00454, 6:20-cv-00455, 6:20-cv-00456, 6:20-cv-00458, 6:20-cv-00459, 6:20-cv-00460, 6:20-cv-00461, 6:20-cv-00462, 6:20-cv-00463, 6:20-cv-00464 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

3. a. Party served: Wade & Company (USA) Inc.
   b. Person served: Marc Wade, Registered Agent , Caucasian , Male , Age: 40/50 , Hair: Brown , Height: 6'2" , Weight: 200

4. Address where the party was served: 1413 Emerald Bay, Laguna Beach, CA 92651

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Apr 09 2021 (2) at: 06:00 PM

6. **Person Who Served Papers:**　　　　　　　　　　　Recoverable cost Per CCP 1033.5(a)(4)(B)
   a. Federico Avila (5027, Orange)　　　　　　d. *The Fee* for Service was:
   b. FIRST LEGAL　　　　　　　　　　　　　　e. I am: A Registered California Process Server
   　600 W. Santa Ana Blvd., Ste. 101
   　SANTA ANA, CA 92701
   c. (714) 541-1110

7. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

　　　　　　　　　　　　　　　　　　　　　　04/12/2021　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　(Date)　　　　　　　　　　　　　　　　　　　(Signature)



| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE | *5552269*<br>*(341265)* |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| *Attorney or Party without Attorney:*<br>Irene Yang, Esq.<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>  *Telephone No:* (415) 772-1200<br><br>  *Attorney For:* Defendant | | | *Ref. No. or File No.:* | **For Court Use Only** |
| *Insert name of Court, and Judicial District and Branch Court:*<br>USDC-Western District of Texas | | | | |
| *Plaintiff:* WSOU Investments, LLC<br>*Defendant:* Microsoft Corporation | | | | |
| **PROOF OF SERVICE** | *Hearing Date:*<br>5/14/21 | *Time:*<br>9:00am | *Dept/Div:* | Case Number:<br>6:20-cv-00454, 6:20-cv-00455, 6:20-cv-00456, 6:20-cv-00458, 6:20-cv-00459, 6:20-cv-00460, 6:20-cv-00461, 6:20-cv-00462, 6:20-cv-00463, 6:20-cv-00464 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Subpoena to Testify at a Deposition in a Civil Action

3.  a. *Party served:*   Wade & Company (USA) Inc.
    b. *Person served:*   Marc Wade, Registered Agent, Caucasian, Male, Age: 40/50, Hair: Brown, Height: 6'2", Weight: 200

4. *Address where the party was served:*   1413 Emerald Bay, Laguna Beach, CA 92651

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Apr 09 2021 (2) at: 06:00 PM

   Witness fee paid: $40.00

   Recoverable cost Per CCP 1033.5(a)(4)(B)

6. **Person Who Served Papers:**
   a. Federico Avila (5027, Orange)
   b. FIRST LEGAL
      600 W. Santa Ana Blvd., Ste. 101
      SANTA ANA, CA 92701
   c. (714) 541-1110

   d. *The Fee* for Service was:
   e. I am: A Registered California Process Server

7. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

04/12/2021
(Date)                                    (Signature)

| | | |
|---|---|---|
| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | **PROOF OF SERVICE** | 5552275<br>(341266) |