# EXHIBIT 5

# Wade+Co
Value growth.
Grow value.



About                                                    01

Team                                                     02

Portfolio                                                03

# Contact

# Wade+Co

# About

Wade+Co is a family office investment firm and merchant bank.

We are a team of successful investors and established entrepreneurs with a breadth of experience across diverse sectors. Our team's long track record of success is a result of our unique culture which celebrates entrepreneurial spirit and fosters a collaborative approach to growth and value creation. We specialize in various lending products and direct investments, and manage portfolio investments in private equity, venture capital, and real estate. Overall,

Wade+Co targets high-quality growth opportunities to maximize return.

## Our Approach.

Wade+Co is organized around our passion for great results and the needs of our partners and investments.

Our dedicated management team offers a complete spectrum of first-in-class services.

Together, we build and grow best-in-class companies and assets.



02

# Team

03

# Portfolio

# Contact

# Wade+Co

# About

# Team

Our team leverages domain expertise and category focus to invest ahead of the curve. Wade+Co's dedicated management team is comprised of successful entrepreneurs and financial experts with demonstrated market leadership.

**Marc Wade** / Chairman

A financier , philanthropist and founder of Wade & Company, a family office. Mr. Wade has historically invested in a diversified portfolio businesses with a primary focus on asset backed lending. His portfolio has included commercial real estate, banking, Energy, sports and

entertainment, technology and securities lending. Mr. Wade was a minority investor in NHL franchise , New Jersey Devils and Devils Entertainment.

He is an established venture capitalist with most recently the formation of Continuum Ventures, a merchant bank focused on emerging technology companies. Mr Wade and his family are dedicated philanthropists with a focus on supporting charities within Canada.

**Stuart Shanus** / General Counsel

Based in Los Angeles, for 20 years, Mr. Shanus was a partner in the international law firm of Reed Smith LLP and served as the Managing Partner of both the Los Angeles and Century City

offices. A highly experienced business lawyer, Mr. Shanus brings to Wade & Company the problem solving skills and insights he developed representing some of the world's largest companies.

In addition to being a full time lawyer. Mr. Shanus serves on the board of directors of the Los Angeles Urban League and is a trustee of the Campbell Hall School in Los Angeles.

— Linkedin

**Sydney Broer** / Managing Director, Capital Markets & Senior Analyst, Partner

Mr. Broer's expertise is in financial engineering and trading with over 30 years of experience in trading, hedging and structuring complex derivative and debt instruments. He is adept at creating sophisticated and state-of-the-art systems integrating interest rate markets with foreign exchange and has a keen ability to blend his multi-layered market knowledge with deep understanding of complex debt structuring is unique and leads to innovative, effective outcomes.



03

# Portfolio

# Contact

# Wade+Co

## About

01

## Team

02

## Portfolio

03



**Rockwell Miami** [Website]



**Draganfly** [Website]

DragonFly is an aerial services company specializing in unmanned (drone) robotics. DraganFly aims to integrate advanced technology systems, in order to achieve innovative solutions, all while helping our customers save time and money. Motion picture films, live action sports, industrial inspections, disaster relief, and precision agriculture analysis all depend on DraganFly to improve data quality, accuracy, and timeframe, while eliminating the risk of human life from aerial services.



## Raptor Rig [Website]

Raptor Rig is the world's first fully-automated drilling system servicing the oil and gas industry. The rig technology is designed to eliminate the inefficiencies of the standard drilling process, allowing operators to extract oil at a lower cost, while being safer and more operationally efficient. Halliburton is the major equity partner and currently rolling out the technology globally.

---



New Jersey Devils and Devils Entertainment [Website]

13



## Salt Vine [Website]

Started in 2012, SALT Vine Wines is a winery based in Napa Valley and is the passionate creation of Marc and Ashley Wade. Salt is carefully crafted under the direction of Mike Smith, 14-time, 100 point wine winner, and began with the idea of presenting the best winemaker in Napa with a proverbial blank check to craft the best wine possible. Only the finest lots are assembled in the creation of SALT Vine.



## Sleep belt / Joey Band [Website]

---



## White Shark [Website]

Whether you're trading crypto-currencies, fiat-currencies, equities, or futures, White Shark helps you navigate volatility in the markets.

---

## KOA Investor/ Co founder Digital Marketing Platform

## Interactive Lid Company Co founder

Interactive Lids is a media company that uses its own patented technology to print regular and augmented reality advertisements on the surface of a beverage's lid.

## Vinyl Beverage Brands Investor / Co founder

Vinyl Beverage Brands works with large agencies to create unique wine and spirit collections to celebrate an artist's legacy. Vinyl prides itself on

delivering the highest level of quality and execution to their clients.

---

## Liquidium Ventures Merchant Bank

Liquidium is a merchant bank platform for making strategic investments in various technologies.

---

## ByteDragon

ByteDragon is the latest and most advanced live streaming platform available in the world over a cellular connection. A user can stream video

and audio over cellular using 2G, 3G, 4G, 5G networks, while being error-free, ultra-low-latency, high-volume, and distortion free... all while using very little data. The technology is used by the world's largest video streaming providers, gaming platforms, and telecom networks to deliver data-rich experiences to their worldwide customers.

## Philanthropy

Victim Services York Region

University Health Network Toronto / Markham Stouffville Hospital



04

# Contact

# Wade+Co

## About
01

## Team
02

## Portfolio
03

## Contact
04

520 Newport Centre Boulevard

Newport Beach, California 92660

aliona(at)

wadeandcompany.com

Name

Organization

Email

# Message

Submit