IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>*Plaintiff*,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>*Defendant.* | § CIVIL ACTION 6:20-CV-00454-ADA<br>§ CIVIL ACTION 6:20-CV-00455-ADA<br>§ CIVIL ACTION 6:20-CV-00456-ADA<br>§ CIVIL ACTION 6:20-CV-00457-ADA<br>§ CIVIL ACTION 6:20-CV-00458-ADA<br>§ CIVIL ACTION 6:20-CV-00459-ADA<br>§ CIVIL ACTION 6:20-CV-00460-ADA<br>§ CIVIL ACTION 6:20-CV-00461-ADA<br>§ CIVIL ACTION 6:20-CV-00462-ADA<br>§ CIVIL ACTION 6:20-CV-00463-ADA<br>§ CIVIL ACTION 6:20-CV-00464-ADA<br>§ CIVIL ACTION 6:20-CV-00465-ADA<br>§<br>§<br>§<br>§ **JURY TRIAL DEMANDED** |

## JOINT MOTION TO RESET PRETRIAL CONFERENCE AND TRIAL DATES

TO THE HONORABLE COURT:

Plaintiff WSOU Investments, LLC ("WSOU") and Defendant Microsoft Corporation ("Microsoft") (collectively, the "Parties"), pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadline, submit this Joint Motion to reset the final pretrial conference and trial dates due to agreed changes in the case schedules memorialized in their Joint Notice Concerning Agreement to Extend Deadlines, filed on September 15, 2021. The Parties jointly move the Court to reset the final pretrial conference and trial dates as follows, with the first trial to include cases 6:20-CV-00455, -457, -459, and -463:

1

| Event | -455, -457, -459, -463 (Xbox & HoloLens) | -456, -458, -460, -462, -464, 454, -465, -461 (Skype, Azure Monitor, NPM, NPS) |
|---|---|---|
| Final Pretrial Conference | 3/17/2022 | 4/4/2022 |
| Trial | 4/5/2022 | 4/18/2022 |

Date:  September 15, 2021

Respectfully submitted,

*/s/ Mark D. Siegmund*
Mark D. Siegmund (TX Bar No. 24117055)
mark@waltfairpllc.com
**LAW FIRM OF WALT FAIR, PLLC**
1508 N. Valley Mills Drive
Waco, TX 76710
Telephone:  (254) 772-6400
Facsimile:  (254) 772-6432

James L. Etheridge
Texas Bar No. 24059147
Ryan S. Loveless
Texas Bar No. 24036997
Brett A. Mangrum
Texas Bar No. 24065671
Travis L. Richins
Texas Bar No. 24061296
Jeff Huang
Etheridge Law Group, PLLC
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, TX 76092
Tel.: (817) 470-7249
Fax: (817) 887-5950
Jim@EtheridgeLaw.com
Ryan@EtheridgeLaw.com
Brett@EtheridgeLaw.com
Travis@EtheridgeLaw.com
Jeff@EtheridgeLaw.com

**ATTORNEYS FOR PLAINTIFF WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT**

Date:  September 15, 2021                          Respectfully submitted,

/s/ *Barry K. Shelton*
Barry K. Shelton
Texas State Bar No. 24055029
SHELTON COBURN LLP
311 RR 620 S, Suite 205
Austin, TX 78734
Telephone: (512) 263-2165
Fax: (512) 263-2166
bshelton@sheltoncoburn.com

*Of Counsel*

Michael J. Bettinger
Irene Yang
SIDLEY AUSTIN LLP
555 California St., Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Fax: (415) 772-7400
mbettinger@sidley.com
irene.yang@sidley.com

Richard A. Cederoth
John W. McBride
SIDLEY AUSTIN LLP
1 South Dearborn St.
Chicago, IL 60603
Telephone: (312) 853-7000
Fax: (312) 853-7036
rcederoth@sidley.com
jwmcbride@sidley.com

*Attorneys for Defendant Microsoft Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this filing via the Court's CM/ECF system per Local Rule CV-5(a) on September 15, 2021.

/s/ Barry K. Shelton
Barry K. Shelton
