AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| WSOU Investments LLC d/b/a Brazos Licensing | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:20-cv-00456-ADA |
| Microsoft Corporation | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

WSOU Investments LLC d/b/a Brazos Licensing and Development.

Date:   10/05/2021

/s/ Max L. Tribble, Jr.
*Attorney's signature*

Max L. Tribble, Jr. 2021395
*Printed name and bar number*

Susman Godfrey L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096

*Address*

mtribble@susmangodfrey.com
*E-mail address*

(713) 651-9366
*Telephone number*

(713) 654-6666
*FAX number*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on October 5, 2021, I electronically filed this document with the Clerk of Court via the Court's CM/ECF system which will send notification of such filing to all counsel of record, all of whom have consented to electronic service in this action.

/s/  *Max L. Tribble, Jr.*
Max L. Tribble, Jr.