AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| WSOU Investments LLC d/b/a Brazos Licensing | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:20-cv-00456-ADA |
| Microsoft Corporation | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

WSOU Investments LLC d/b/a Brazos Licensing and Development                                           .

Date:   10/05/2021

/s/ Kalpana Srinivasan
*Attorney's signature*

Kalpana Srinivasan 237460
*Printed name and bar number*

Susman Godfrey L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
*Address*

ksrinivasan@susmangodfrey.com
*E-mail address*

(310) 789-3100
*Telephone number*

(310) 789-3150
*FAX number*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on October 5, 2021, I electronically filed this document with the Clerk of Court via the Court's CM/ECF system which will send notification of such filing to all counsel of record, all of whom have consented to electronic service in this action.

/s/  *Kalpana Srinivasan*
Kalpana Srinivasan