UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

WSOU Investments LLC dba Brazos Licensing and Development

vs.

Microsoft Corporation

Case No.: 6:20-cv-00456-ADA

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Shawn Blackburn, counsel for WSOU Investments LLC, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Shawn Blackburn may appear on behalf of WSOU Investments LLC in the above case.

IT IS FURTHER ORDERED that Shawn Blackburn, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of October, 20____.

_____
UNITED STATES DISTRICT JUDGE