# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>   Plaintiff,<br>v.<br><br>MICROSOFT CORPORATION<br><br>   Defendant. | CASE NO. 6:20-CV-00456-ADA<br><br>JURY TRIAL DEMANDED |

## JOINT STIPULATED DISMISSAL OF CASE WITH PREJUDICE

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development and Defendant Microsoft Corporation hereby jointly stipulate, under Rule 41(a)(1)(A)(ii), to the voluntary dismissal with prejudice of Case No. 6:20-CV-00456-ADA.

The parties' claims for attorneys' fees, costs, and expenses, if any, shall be preserved until resolution of the remaining cases (Case Nos. 6:20-CV-454, -457, -460, -461, -463, -464, and -465).

Dated: March 3, 2022

Respectfully Submitted,

By: /s/ *Mark D. Siegmund*
J. Hoke Peacock III
Texas Bar No. 15673980
Max L. Tribble, Jr.
Texas Bar No. 2021395
Shawn Blackburn (pro hac vice)
Texas Bar No. 24089989
**SUSMAN GODFREY LLP**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096

/s/ *Irene Yang (with permission)*
Michael J. Bettinger
Bar No. 122196
mbettinger@sidley.com
Brooke S. Boll
Bar No. 318372
brooke.boll@sidley.com
Irene Yang
Bar No. 245464
irene.yang@sidley.com

<div style="display: flex;">

<div>

Tel.: (713) 651-9366
Fax: (713) 654-6666
tpeacock@susmangodfrey.com
mtribble@susmangodfrey.com
sblackburn@susmangodfrey.com

Kalpana Srinivasan
California Bar No. 237460
Anna Catherine Coll (pro hac vice)
California Bar No. 337548
**SUSMAN GODFREY LLP**
1900 Avenue of the Stars, 14th Floor
Los Angeles, CA 90067-6029
Tel.: (310) 789-3100
Fax: (310) 789-3150
ksrinivasan@susmangodfrey.com
acoll@susmangodfrey.com

Elizabeth Aronson (pro hac vice)
State Bar No.  5704432
**SUSMAN GODFREY LLP**
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
(212) 336-8330
(212) 336-8340
baronson@susmangodfrey.com

Mark D. Siegmund
State Bar No. 24117055
**STECKLER, WAYNE, COCHRAN, CHERRY, PLLC**
8416 Old McGregor Road
Waco, TX 76712
Tel.: (254) 651-3690
Fax: (254) 651-3689
mark@swclaw.com

*Counsel for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development*

</div>

<div>

**SIDLEY AUSTIN LLP**
555 California Street, Suite 2000
San Francisco, CA 94104
Tel: (415) 772-1200

Richard A. Cederoth
Bar No. 6185199
John W. McBride
Bar No. 6294453
Kevin R. Oliver
Bar No. 6324436
Richard M. Chen
Bar No. 6325568
rcederoth@sidley.com
jwmcbride@sidley.com
kevin.oliver@sidley.com
rchen@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Tel: (312) 853-7000

Melissa R. Smith
Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Tel: (903) 934-8450

James Travis Underwood
Bar No. 24102587
travis@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
102 N. College, Suite 800
Tyler, TX 75702
Tel.: (903) 934-8450
Fax: (903) 934-9257

*Counsel for Microsoft Corporation*

</div>

</div>

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this filing via the Court's CM/ECF system per Local Rule CV-5(a) on March 3, 2022.

/s/ *Mark D. Siegmund*
Mark D. Siegmund